IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF SIGNAL INTERNATIONAL, LLC, | § § | |
| Petitioning for Exoneration from or | § | Civil Action No. 1:05CV477-LG-RHW |
| Limitation of Liability | § | |

## FINAL JUDGMENT

This action was tried by the Honorable Louis Guirola, Jr., without a jury. Pursuant to FED. R. CIV. P. 52(a)(1), the Court has filed written Findings of Fact and Conclusions of Law. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Mississippi Department of Transportation recover from Signal International, LLC, the amount of $1,533,400.00, post judgment interest at the rate of 2.25%, and costs.

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE