IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN THE MATTER OF SIGNAL § 
INTERNATIONAL, LLC, §
Petitioning for Exoneration from or § Civil Action No. 1:05CV477-LG-RHW
Limitation of Liability §

## MODIFIED FINAL JUDGMENT

This action was tried by the Honorable Louis Guirola, Jr., without a jury, pursuant to FED. R. CIV. P. 52. For the reasons set forth in the Findings of Fact and Conclusions of Law previously entered and the Supplemental Findings of Fact and Conclusions of Law entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Mississippi Department of Transportation recover from Signal International, LLC, the amount of $1,533,400, prejudgment interest in the amount of $27,349.13, postjudgment interest at the rate of 2.25%, and costs.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE